

# HINDS COUNTY
# SHERIFF'S DEPARTMENT

P.O. BOX 1452 JACKSON, MISSISSIPPI 39215-1452 PHONE (601)974-2900

**Tyree Jones**
*Sheriff*

To: ████████

From:  Tyree Jones
       Sheriff

Date:  07/29/2022

Re: ████████████████████████

████████████████████████████████████

The Hinds County Sheriff's Office was contacted by the United States Capitol Police, in reference to providing a security detail at U.S. Congressman Bennie Thompson's residence, during the time he is in his hometown (Bolton, MS). A Memorandum of Understanding (MOU) was agreed upon, that HCSO would provide 24-hour security at the Congressman's residence. You initially told Sheriff Tyree Jones that no reserve deputies could work this detail because they were not paid employees of the Sheriff's Office and federal money would be sent to the Sheriff's Office for reimbursement for the work.

But later, after allegedly experiencing a shortage of manpower for the detail, you attempted to circumvent the matter by allowing reserve deputies to work anyway, (but indicating on the invoice that you were performing the work yourself) and then planning to pay them at less than half the rate you were making. This gave the impression that you were sub-contracting the work for a profit, which you did not have the authority or permission to do. Several of these deputies were interviewed by an investigator with the Internal Affairs Division and all stated you promised to pay them at a rate of $25 per hour, even though you would be collecting $57.50 an hour for the work. This gave cause to question your character and integrity and it put the Sheriff's Office in a negative light.

Your actions have therefore been investigated and reviewed. Based upon such investigation, it has been determined that you are in violation of the following departmental policies and procedures:

**EXHIBIT**

_____



Page 2
*July 29*, 2022

### General Order 2016-01-05
**I. POLICY**
**1. At-Will and Pleasure**
The employment of personnel of the Hinds County Sheriff's Office is for an indefinite term and continues at the will and pleasure of the Sheriff. At any time, the Hinds County Sheriff's Office may *dismiss*, demote, transfer, promote and/or discipline employees within the guidelines of agency policy as determined by the Sheriff.

### General Order 2016-01-15
**EMPLOYEE CONDUCT**
**I. POLICY**
It shall be the policy of the Hinds County Sheriff's Office that it is the responsibility of every employee of the Sheriff's Office to promote public confidence in the dependability and integrity of the Sheriff's Office and its personnel. *Employees shall at no time be guilty of a breach of integrity, of misconduct, or of impropriety.* All employees of this Office shall, at all times, on or off duty, conduct themselves in a manner, which reflects honor and dignity upon the Hinds County Sheriff's Office.

### General Order 2016-01-17
**DISCIPLINE**
**II. OFFENSES**
**3) Third Group Offenses**
d) *Falsification or non-filing of official documents*, including but not limited to, vouchers, leave records, time records, other Departmental reports, and other official Departmental documents.
j) *Acts of conduct occurring on or off duty, which are detrimental to* professional reputation and *performance of duty* or are of such nature that continued employment with the HCSO would constitute negligence in regard to the Department's duties to the public, other HCSO employees or other County employees.

The violation of internal rules and procedures established by appointing authorities is grounds for disciplinary action pursuant to Section 2016-01-17, Subsection I. of the Hinds County Sheriff's Office General Orders.

The effective date of your demotion is ___*August 1, 2022*___.

Approved by:

Tyree Jones, Sheriff



Page 3

_July 29_, 2022

Pursuant to General Orders, you are entitled to a Disciplinary Review Board hearing on this matter. If you wish to appeal this suspension to the Disciplinary Review Board, please notify John Hall, in-house counsel for the Hinds County Sheriff's Office, at jhall@co.hinds.ms.us or via hand delivery to the Hinds County Sheriff's Office. Should you fail to respond to this letter within five (5) days, such inaction shall constitute a waiver of any rights to a hearing.

I certify that the original of this letter was served on _July 29, 2022_ by

_Sheriff Tyree Jones_

Received by

_____
Allen White
Undersheriff

cc: Chief Deputy Jarratt Taylor
    Doris Coleman, Human Resources
    John Hall, Legal

IAD case #032-2022
TJ/cc