

# HINDS COUNTY
# SHERIFF'S DEPARTMENT

P.O. BOX 1452 JACKSON, MISSISSIPPI 39215-1452 PHONE (601)974-2900

**Tyree Jones**
*Sheriff*

To:

From:   Tyree Jones
        Sheriff

COPY

Date:   07/29/2022

Re:     Disciplinary Action –

By way of this letter, you are hereby notified that your employment with the Hinds County Sheriff's Office is being suspended for a period of five (5) days without pay, based on the following charges and specifications:

On July 15-17, 2022, you worked at the Black Rodeo that was held at the Mississippi State Fairgrounds. Allegations arose after the event, that there were some improprieties relating to the amount of hours some deputies had worked. An investigation into those allegations revealed that you falsely recorded times on your timesheet for hours that you did not work.

During an interview with IAD Lieutenant Cheryl Childs, you stated you worked on Saturday, July 16, 2022, from 8:00 a.m. – 5:00 p.m. However, when Lt. Childs presented you with your timesheet you signed for that date, it reflected you as having worked 12:00 a.m. – 5:00 p.m. You immediately responded that the timesheet was incorrect and that you in fact had only worked the 8am – 5pm shift. When asked why the timesheet reflected a different time, you responded by saying, "I have no idea", and reiterated again that the time on the timesheet was not accurate.

Additionally, as the highest ranking Hinds County Sheriff's Office employee working at the Black Rodeo, you had access to the schedules for all HCSO employees working at the event. You should have immediately taken notice that one of them (            ) was listed on the schedule to work twenty-three (23) straight hours at the rodeo; thus creating a safety risk not only for himself, but for others who were working and attending the rodeo events. A final review of Deputy    's timesheets showed that he surpassed that amount and worked a total of thirty-four (34) uninterrupted hours at the rodeo. This shows a lack of proper supervision on your part.

EXHIBIT

tabbies

"2"



Page 2
April 24, 2022
July

Your actions in this matter have therefore been investigated and reviewed. Based upon such investigation, it has been determined that you are in violation of the following departmental policies and procedures:

## General Order 2016-01-05
### I. POLICY
### 1. At-Will and Pleasure
The employment of personnel of the Hinds County Sheriff's Office is for an indefinite term and continues at the will and pleasure of the Sheriff. At any time, the Hinds County Sheriff's Office may *dismiss*, demote, transfer, promote and/or discipline employees within the guidelines of agency policy as determined by the Sheriff.

## General Order 2016-01-15
### EMPLOYEE CONDUCT
### I. POLICY
It shall be the policy of the Hinds County Sheriff's Office that it is the responsibility of every employee of the Sheriff's Office to promote public confidence in the dependability and integrity of the Sheriff's Office and its personnel. *Employees shall at no time be guilty of a breach of integrity, of misconduct, or of impropriety.* All employees of this Office shall, at all times, on or off duty, conduct themselves in a manner, which reflects honor and dignity upon the Hinds County Sheriff's Office.

## General Order 2016-01-17
### DISCIPLINE
### II. OFFENSES
### 2) Second Group Offenses
h) Any act or commission through negligence, which could reasonably be expected to cause injury to another deputy.
### 3) Third Group Offenses
d) *Falsification or non-filing of official documents*, including but not limited to, vouchers, leave records, time records, other Departmental reports, and other official Departmental documents.
j) *Acts of conduct occurring on or off duty, which are detrimental to* professional reputation and *performance of duty* or are of such nature that continued employment with the HCSO would constitute negligence in regard to the Department's duties to the public, other HCSO employees or other County employees.



Page 3
April *21*, 2022
*July*

The violation of internal rules and procedures established by appointing authorities is grounds for disciplinary action pursuant to Section 2016-01-17, Subsection I. of the Hinds County Sheriff's Office General Orders.

The effective date of your suspension is ___*August 1 - 5, 2022*___.

You may return to work on ___*August 8, 2022*___.

Approved by:

_____
Tyree Jones
Sheriff

Pursuant to General Orders, you are entitled to a Disciplinary Review Board hearing on this matter. If you wish to appeal this suspension to the Disciplinary Review Board, please notify John Hall, in-house counsel for the Hinds County Sheriff's Office, at jhall@co.hinds.ms.us or via hand delivery to the Hinds County Sheriff's Office. Should you fail to respond to this letter within five (5) days, such inaction shall constitute a waiver of any rights to a hearing.

I certify that the original of this letter was served on ___*07/21/2022*___ by

*Sheriff Tyree Jones*

Received by:

_____