MEMORANDUM OF UNDERSTANDING
BETWEEN
THE UNITED STATES CAPITOL
POLICE AND
THE HINDS COUNTY SHERIFF'S OFFICE

I.    INTRODUCTION

This Memorandum of Understanding ("MOU") is entered into by and between the United States Capitol Police ("USCP") and the Hinds County Sheriff's Office (HCSO), collectively referred to as the "Parties," for the purpose of reimbursing HCSO for agreed upon mutual aid provided to the USCP as further described below.

II.   BACKGROUND

The USCP is a federal law enforcement agency under the Legislative Branch of Government. It is the mission of the USCP to protect the Congress – its Members, employees, visitors, and facilities – so it can fulfill its constitutional and legislative responsibilities in a safe, secure and open environment. The USCP Dignitary Protection Division (DPD) is a subset of the USCP Protective Services Bureau (PSB) and has the statutory requirement pursuant to 2 U.S.C. §1966 to protect the Members of Congress when security considerations so require. In order to fulfill this responsibility, DPD requires augmentation of its capabilities in the form of uniformed law enforcement officers at a Member's residence in his home district.

The mission of the HCSO is to prevent crime and build community safety through education, investigation, and enforcement. HCSO provides the residents of Hinds County the highest quality of law enforcement services to reduce the incidents and fear of crime, while working with the diverse communities throughout the county to improve their quality of life.

III.  PURPOSE

A.    The purpose of this MOU is to set forth the terms by which the USCP will reimburse the HCSO for the protective services specified in Section IV(A), such services to commence upon the execution of this agreement.

B.    This MOU is an agreement between the Parties and is not intended and should not be construed, to create or confer any other person or entity any right or benefit, substantive or procedural, enforceable at law or otherwise against HCSO, USCP, or any state, locality, or other entity.



EXHIBIT

12

## IV. RESPONSIBILITIES OF HCSO UNDER THIS MOU

A.  HCSO shall provide support and enhancements to the USCP DPD protective mission by assigning a uniformed officer(s) in an unmarked police cruiser, on a 24-hour, 7-day-a-week basis, to the residence of Representative Bennie Thompson (Representative) and his immediate family when the Representative is in his home district. The Representative's residence is located at 103 L.C. Turner Circle, Bolton, Mississippi 39041. The assigned HSCO officer(s) shall complete any tasks necessary to ensure the safety and security of the Representative and his immediate family. Tasks include, but are not limited to maintaining a visible presence in front of the Representative's home, monitoring the area for suspicious activity, responding appropriately to situations needing law enforcement attention, and providing all other services, as needed, to provide protection for the Representative and his immediate family. The assigned HCSO officer(s) shall report all suspicious and/or criminal activity to the DPD and maintain routine communications with DPD leadership.

B.  HCSO agrees to provide the USCP with a summary of expenses incurred in connection with HCSO's provision of protective services, to include law enforcement services, equipment, and resources utilized on behalf of the USCP. This summary will be consistent with the format for record keeping provided by the USCP.

C.  HCSO may provide protective and other services as requested by the USCP in the future if agreed to by both Parties.

## V. RESPONSIBILITIES OF USCP UNDER THIS MOU

A.  The USCP agrees to provide the necessary funds due to HCSO as part of the agreement made between both parties.

B.  The USCP agrees to bear its own costs in relation to this MOU.

## VI. DURATION OF THIS MOU

This MOU will continue in force until it is terminated by either party.

## VII. FUNDING

No provision of this MOU shall be interpreted to require obligation or payment of funds in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341. Reimbursements and expenditures under this MOU shall be subject to the USCP's budgetary processes and to the availability of funds.

13

## VIII.  SEVERABILITY

Nothing in this MOU shall be construed to conflict with current law. If a term of this MOU is inconsistent with such authority, that term shall be invalid to the extent of the inconsistency. The remainder of that term and all other terms of this MOU shall remain in effect.

## IX.    NOTICE

The following individuals are the contact points for each Party under this

MOU:

Jeanita Mitchell
Acting Deputy Chief
Protective Services Bureau
United States Capitol Police
119 D Street, NE
Washington, DC 20510
(C) 202-384-8720

Allen White, Undersheriff
Hinds County Sheriff's Office
407 E. Pascagoula Street
Jackson, Mississippi 39205
(C) (769) 257-8988

The Parties will provide notification of any changes to the contact points.

## X.     MODIFICATIONS

The terms and conditions of this MOU may be modified only upon prior written agreement by the Parties.

14

## XI.    MISCELLANEOUS

The Parties shall comply with all applicable laws, rules, and regulations.

**IN WITNESS WHEREOF, the parties hereto have executed this MOU as follows:**

UNITED STATES CAPITOL POLICE:

Date: 6/28/22

J. THOMAS MANGER
CHIEF OF POLICE, UNITED STATES CAPITOL POLICE

HINDS COUNTY SHERIFF'S DEPARTMENT:

Date: 05/31/2022

TYREE D. JONES
SHERIFF
HINDS COUNTY SHERIFF'S OFFICE

HINDS COUNTY BOARD OF SUPERVISORS:

Date: June 20, 2022

CREDELL CALHOUN,
PRESIDENT
HINDS COUNTY BOARD OF SUPERVIORS

STATE OF MISSISSIPPI
HINDS COUNTY                    FIRST DISTRICT
I, EDDIE JEAN CARR, Clerk of the Chancery Court in and for the
County and State aforesaid, do hereby certify that the foregoing
____MOU____ is a true and correct copy as appears on
record in my office in _Minute_ Book_TBD_ Page_TBD_
Given under my hand and official seal of office this
the _23rd_ day of _June_ , 20_22_
EDDIE JEAN CARR, CHANCERY CLERK
BY _____ D.C.

15